# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| CCS2 | 09862070 | Mark Trachtenberg | 6462 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/24/2022
Offense Charged: 18 USC 1716(a),(b) and (j)(1)

Place of Offense: U.S. Post Office, 3111 Newmark Ave., Rosemead CA 91770

Offense Description: Factual Basis for Charge — Knowingly placing prohibited inflammable materials in the U.S. Mail

697-2052

### DEFENDANT INFORMATION
Last Name: CHAU
First Name: KERRY

### APPEARANCE IS REQUIRED
A. [X] If Box A is checked, you must appear in court.

### APPEARANCE IS OPTIONAL
B. [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE
Court Address: Roybal Federal Building Court, 255 E. Temple St., Los Angeles CA 90012
Date: 03/20/2024
Time: 8:30 a.m.

*09862070*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/1/2024 while exercising my duties as a law enforcement officer in the Central District of California

See attached

The foregoing statement is based upon:
- [ ] my personal observation
- [X] my personal investigation
- [✓] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/01/2024

Probable cause has been stated for the issuance of a warrant.

Executed on: ___ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident