Statement of Probable Cause re: Kerry Chau, 18 U.S.C. § 1716

Location Code: CC52                                                              Citation Number: 09862070

Based upon my review of reports, contact with other law enforcement officers and agents, and my own investigation into this matter, I state the following:

On May 24, 2022, Postal Inspector Lee Versoza identified a parcel in the United States Postal Service ("USPS") delivery network that he suspected may contain illegal fireworks based on its characteristics. The parcel was in transit from California to its addressed destination in Hawaii. The parcel, bearing tracking number 9505514312022144706591, was mailed at a Rosemead, California post office on May 24, 2022. I examined the parcel using an x-ray viewing machine and found the contents to appear on the x-ray to be consistent with fireworks. I contacted the addressee, K.C., by telephone, and she provided consent for me to open the parcel. The parcel contained 25 homemade pyrotechnic rockets. Special Agent Alan Hughes of the Bureau of Alcohol, Tobacco, Firearms and Explosives, a certified explosives expert, analyzed the rockets and confirmed they were fireworks. The USPS's Publication 52, Sections 341 and 341.21a, specifically prohibits all types of fireworks from mailing.

The addressee, K.C., learned that her boyfriend, M.P., ordered the fireworks. On July 1, 2022, M.P. told Postal Inspector Michael Ercolano that he had ordered the fireworks from, and sent payment to, Kerry Chau at 2442 Earle Ave., Rosemead, CA 91770.

On October 7, 2022, I interviewed Kerry Chau regarding the mailed parcel containing fireworks. He admitted that he knowingly deposited fireworks for mailing. He admitted that he used a false name and return address on the parcel to conceal his identity as the mailer. He stated that he used his family's address, 2442 Earle Ave., Rosemead, CA 91770, to receive payment for the fireworks shipment.

In conclusion, there is probable cause to believe Kerry Chau knowingly mailed the fireworks contained in the parcel bearing tracking number 9505514312022144706591 that were prohibited from being shipped by the USPS, in violation of 18 USC § 1716 (a), (b) and (j)(1).

Executed on:
02/01/2024

Officer's Signature:

*[signature]*

Mark Trachtenberg, Postal Inspector